# NO. 12-15-00012-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ANTHONY JERMAINE MALLARD,*<br>*APPELLANT* | § | *APPEAL FROM THE 188TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *GREGG COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

Appellant was convicted of sexual assault of a child and sentenced to imprisonment for five years. On January 16, 2015, he filed a notice of appeal.

We have received the appellate record. The clerk's record includes the trial court's certification that "the defendant has waived the right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). The reporter's record shows that, after sentence was imposed, Appellant waived his right to appeal in open court.

On June 18, 2015, we notified Appellant that the trial court's certification stated he had waived the right to appeal. Additionally, we warned that the appeal would be dismissed unless, on or before June 29, 2015, a trial court certification showing Appellant's right to appeal was filed in this court. No response has been filed. Because the trial court's certification affirmatively shows that Appellant has waived the right to appeal, and the record supports the trial court's certification, we ***dismiss*** the appeal. *See* TEX. R. APP. P. 43.2(f).

Opinion delivered July 8, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JULY 8, 2015**

**NO. 12-15-00012-CR**

**ANTHONY JERMAINE MALLARD,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 188th District Court

of Gregg County, Texas (Tr.Ct.No. 43518-A)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*